```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION


NANCY CARROLL                  §
                               §
VS.                            §     ACTION NO. 4:16-CV-619-Y
                               §
PTS OF AMERICA, LLC            §
```

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
AND SETTING DEADLINE FOR PAYMENT OF FILING FEE

On July 21, 2016, the United States magistrate judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiff's motion to proceed in forma pauperis be denied.  The magistrate judge gave Plaintiff until August 4, 2016, to serve and file written objections to his decision.  As of the date of this order, no objections have been filed.

It is, therefore, ORDERED that the decision of the magistrate judge is hereby ADOPTED as the decision of this Court.  As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 6) is DENIED.  If Plaintiff desires to pursue her claims in this cause, she must pay the full filing and administrative fees to the clerk of this Court no later than **September 12, 2016**, or her claims will be dismissed without prejudice to their refiling.

SIGNED August 25, 2016.

```
                              _____
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE
```